**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF VIRGINIA

Case number (*if known*) _____ Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Champion Brewing Company** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4394790** |

4. **Debtor's address**

**Principal place of business**

**738 Lexington Ave**
**Charlottesville, VA 22902**
Number, Street, City, State & ZIP Code

**Charlottesville City**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Champion Brewing Company**                                        Case number (*if known*) _____

Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

| Debtor | **Champion Brewing Company** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Champion Brewing Company**
                Name
                                                                    Case number (*if known*)

---

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2024**
                      MM / DD / YYYY

**X** **/s/   Hunter   William Smith**                          **Hunter   William Smith**
        Signature of authorized representative of debtor          Printed name

Title   **Owner**

---

**18. Signature of attorney**

**X** **/s/ Robert Stevens**                          Date   **January 29, 2024**
        Signature of attorney for debtor                              MM / DD / YYYY

**Robert Stevens**
Printed name

**Stevens Law Firm**
Firm name

**501 Grove Ave**
**Charlottesville, VA 22901**
Number, Street, City, State & ZIP Code

Contact phone   **(434) 973-5012**          Email address   **bob@scslawfirm.com**

**VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Champion Brewing Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2024**        X **/s/   Hunter   William Smith**
                                        Signature of individual signing on behalf of debtor

                                        **Hunter   William Smith**
                                        Printed name

                                        **Owner**
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Champion Brewing Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................... $ 280,003.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ 280,003.00

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $ 157,335.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 2,844,757.00

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                                                               $ 3,002,092.00

**Fill in this information to identify the case:**

Debtor name   **Champion Brewing Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Champion Brewing Company** | | Case number *(If known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Champion Brewing trademarks for Shower Beer and Missile IPA** | $0.00 | | $1.00 |
| beer recipes/formulas | $0.00 | | $1.00 |
| Champion Brewing trademark | $1.00 | | $1.00 |

61.      **Internet domain names and websites**

62.      **Licenses, franchises, and royalties**

63.      **Customer lists, mailing lists, or other compilations**

64.      **Other intangibles, or intellectual property**

65.      **Goodwill**

66.      **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $3.00 |
| --- | --- |

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor  **Champion Brewing Company**_____  Case number *(If known)* _____
         Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**employee retention credit from IRS - currently held in escrow by Shefford & Associates** | $280,000.00 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $280,000.00 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Champion Brewing Company**
          Name

Case number *(If known)*

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $280,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $280,003.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $280,003.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Champion Brewing Company**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Champion Brewing Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Charlottesville**<br>**P. O. Box 2854**<br>**Charlottesville, VA 22902-3148** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,930.00** | **$5,667.00** |
| | Date or dates debt was incurred<br>**2021-2023** | Basis for the claim:<br>**PP Taxes** | | |
| | Last 4 digits of account number **7472** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.2** | Priority creditor's name and mailing address<br>**City of Charlottesville**<br>**P. O. Box 2964**<br>**Charlottesville, VA 22902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150,305.00** | **$0.00** |
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Meals Tax** | | |
| | Last 4 digits of account number **2612** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.3** | Priority creditor's name and mailing address<br>**Virginia Employment Commission**<br>**P. O. Box 27592**<br>**Richmond, VA 23261-7592** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** | **$100.00** |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number **4799** | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

Debtor   **Champion Brewing Company**                                    Case number (if known) _____
　　　　　 Name

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**360 Ventures, LLC**<br>**Attn: Shahir Kassam-Adams**<br>**360 Laurel Lane**<br>**Lovingston, VA 22949** | **$190,000.00** |
| | Date(s) debt was incurred  **2022** | |
| | Last 4 digits of account number  _ | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**ADP Payroll**<br>**400 Covina Blvd.**<br>**San Dimas, CA 91773** | **$26,899.00** |
| | Date(s) debt was incurred  **2022** | |
| | Last 4 digits of account number  _ | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**ADT Security Services**<br>**1501 Yamato Road**<br>**Boca Raton, FL 33431** | **$155.00** |
| | Date(s) debt was incurred  **2022** | |
| | Last 4 digits of account number  **9646** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Albemarle County Service Authority**<br>**168 Spotnap Road**<br>**Charlottesville, VA 22911** | **$2,860.00** |
| | Date(s) debt was incurred  **2023** | |
| | Last 4 digits of account number  **9646** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**Albemarle Heating and Air**<br>**102 Keystone Place**<br>**Charlottesville, VA 22902** | **$4,255.00** |
| | Date(s) debt was incurred  **2023** | |
| | Last 4 digits of account number  **2426** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC Service**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address**<br>**American Pest**<br>**11820 W. Market Place**<br>**Fulton, MD 20759** | **$169.00** |
| | Date(s) debt was incurred  **2023** | |
| | Last 4 digits of account number  **2947** | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest Control Service**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address**<br>**AMV Properties, LLC**<br>**234 Vineyard Lane**<br>**Afton, VA 22920** | **$100,000.00** |
| | Date(s) debt was incurred  **2022** | |
| | Last 4 digits of account number  _ | |

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Champion Brewing Company** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Anthem   Blue Cross Blue Shield**
**P. O. Box 27401**
**Richmond, VA 23279-7401**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **5491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,000.00** |
|---|---|---|---|

**Anthony Smith**
**234 Vineyard Lane**
**Afton, VA 22920**

Date(s) debt was incurred  **12/23**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subrogation claim of co-debtor**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,295.00** |
|---|---|---|---|

**Arc3 Gases, Inc.**
**P. O. Box 896866**
**Charlotte, NC 28289-6866**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **0542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,798.00** |
|---|---|---|---|

**Atlantic Union Bank**
**1051 E. Cary Street**
**Richmond, VA 23219-4044**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **8426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Line**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,480.00** |
|---|---|---|---|

**Auto-Chlor System**
**6301 Stevenson Ave**
**Ste# 1**
**Alexandria, VA 22304**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **7104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dishwasher & Cleaners**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,343.00** |
|---|---|---|---|

**Beverage Equipment Traders**
**1520 E. Barham Drive**
**San Marcos, CA 92078**

Date(s) debt was incurred  **2021-2022**

Last 4 digits of account number  **1120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,037.00** |
|---|---|---|---|

**Blue Label Packaging**
**3750 Lancaster New Lexington Road, S.E.**
**Lancaster, OH 43130**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **1213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,392.00** |
|---|---|---|---|

**Blue Ridge Graphics**
**550 Meade Ave**
**Charlottesville, VA 22902**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor **Champion Brewing Company**                          Case number (if known) _____
_____
Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,448.00** |
|---|---|---|---|

**Bluevine**
**377 W. Louise Ave**
**Manteca, CA 95336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,762.00** |
|---|---|---|---|

**Brethren Mutual Insurance**
**149 N. Edgewood Drive**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Insurance**

Last 4 digits of account number **7367**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,769.00** |
|---|---|---|---|

**Brewers Supply Group**
**715   First Ave West**

**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Trade debt**

Last 4 digits of account number **5200**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,222.00** |
|---|---|---|---|

**Capital One**
**P.O.Box 71087**
**Charlotte, NC 28272-1087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Credit card purchases**

Last 4 digits of account number **5156**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,250.00** |
|---|---|---|---|

**Carta, Inc.**
**333 Bush Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Trade debt**

Last 4 digits of account number **0001**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,300.00** |
|---|---|---|---|

**Cavalier Produce**
**170 Ferncliff Drive**
**Louisa, VA 23093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$333,000.00** |
|---|---|---|---|

**CBC Lender, LLC**
**Attn: Tony Smith**
**711 Evergreen Ave**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Promissory Note**

Last 4 digits of account number **_**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,028.00** |
|---|---|---|---|

**Chase Ultimate Rewards**
**P. O. Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

**Basis for the claim:  Credit card purchases**

Last 4 digits of account number **1854**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | **Champion Brewing Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Chem Station Virginia, LLC**
P. O. Box 933021
Cleveland, OH 44193

As of the petition filing date, the claim is: Check all that apply.    **$4,616.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **4408**

Basis for the claim:  **Trade debt**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
**City of Charlottesville**
P. O. Box 2964
Charlottesville, VA 22902

As of the petition filing date, the claim is: Check all that apply.    **$1,226.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **6841**

Basis for the claim:  **Business License**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address
**CLC Royalty Operations**
1075 Peachtreet Street
Ste#300
Atlanta, GA 30309

As of the petition filing date, the claim is: Check all that apply.    **$6,698.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **4284**

Basis for the claim:  **Trade debt**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
**Crest Food Service Equipment**
P. O. Box 3367
Virginia Beach, VA 23454

As of the petition filing date, the claim is: Check all that apply.    **$9,460.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **2286**

Basis for the claim:  **Restaurant Equipment**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**Davis Wright Tremaine**
1300 SW Fifth Street
Ste#2400
Portland, OR 97201

As of the petition filing date, the claim is: Check all that apply.    **$24,873.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **3992**

Basis for the claim:  **Trade debt**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**Dominion Energy Virginia**
600 E. Canal Street
Richmond, VA 23219-3852

As of the petition filing date, the claim is: Check all that apply.    **$2,077.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **1612**

Basis for the claim:  **Utility**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**EFS Tax Prep**
P. O. Box 41
Charlottesville, VA 22902

As of the petition filing date, the claim is: Check all that apply.    **$28,232.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

Last 4 digits of account number  **5701**

Basis for the claim:  **Professional Services**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**Ekos Software**
2520 N. Brevard St.
Ste# 200
Charlotte, NC 28205

As of the petition filing date, the claim is: Check all that apply.    **$6,929.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **9336**

Basis for the claim:  **Professional Services**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | **Champion Brewing Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,621.00**

Foods for Thought, Inc.
2646 Paynes Mill Road
Troy, VA 22974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Trade debt**

Last 4 digits of account number __7068__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,083.00**

Hantzmon Wiebel, LLP
P. O. Box 1408
Charlottesville, VA 22902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  **Professional Service**

Last 4 digits of account number __6825__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,230.00**

Hershey Equipment Company
255 Plane Tree Drive
Lancaster, PA 17603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Trade debt**

Last 4 digits of account number __2509__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109.00**

Hoodz
19478 Brandy Road
Brandy Station, VA 22714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Trade debt**

Last 4 digits of account number __4025__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133,488.00**

HopUnion
203 Division Street
Yakima, WA 98902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  **Trade debt**

Last 4 digits of account number __R807__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$907.00**

In Touch Labels & Packaging
30 Payton Street
Lowell, MA 01852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Trade debt**

Last 4 digits of account number __0531__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,115.00**

Independent Brewers Alliance
P. O. Box 454
Rumson, NJ 07760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Trade debt**

Last 4 digits of account number __01CB__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,042.00**

Ingersoll Rand, Inc.
402 Edwardia Drive
Greensboro, NC 27409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Trade debt**

Last 4 digits of account number __3001__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | **Champion Brewing Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,284.00**

Iron Heart Canning Co.
P. O. Box 986500
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4490**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,778.00**

J. R. Hadley
214 Harvest Drive
Charlottesville, VA 22903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Partner Buyout**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,073.00**

Jasper Yeast
23600 Overland Drive
Ste# 150
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0892**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00**

Little Concrete Services
6005 Union Mills Road
Troy, VA 22974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1537**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,790.00**

Logistic Dynamics
P. O. Box 975297
Detroit, MI 48267-5297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **C390**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,724.00**

MicroStar Keg Managment
P. O. Box 912392
Denver, CO 80291-2857

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3594**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,198.00**

Niagara Label
12715 Lewis Road
Akron, NY 14001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3653**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,584.00**

O'Connor Property Management LLC
OCT Stonefield Property Owner #1
240 Royal Palm Way
Ste# 200
Palm Beach, FL 33480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Rent**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | **Champion Brewing Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**
Orchestra Software
420 Linden St.
Ste# 200
Fort Collins, CO 80524

Date(s) debt was incurred **20212-022**

Last 4 digits of account number **6624**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ☒ No   ☐ Yes

**$5,000.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**
PBM Ice House
c/o Tiger Lily Capital LLC
200 Garrett St., Ste O
Charlottesville, VA 22902

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

**$48,568.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**
Peter C. Fenlon, Jr.
804 Elliott Ave
Charlottesville, VA 22902

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ☒ No   ☐ Yes

**$206,000.00**

---

**3.51**

**Nonpriority creditor's name and mailing address**
Piedmont Facilities Management
2811 Hydraulic Rd.
Charlottesville, VA 22901

Date(s) debt was incurred **2022**

Last 4 digits of account number **6375**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

**$9,647.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**
ProLift Garage Doors
126 Garrett St.
Ste J
Charlottesville, VA 22902

Date(s) debt was incurred **2021**

Last 4 digits of account number **4372**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

**$1,196.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**
Reliant Fish Company
7701 Assateague Drive
Jessup, MD 20794

Date(s) debt was incurred **2023**

Last 4 digits of account number **A500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

**$2,330.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**
Roberts Oxygen Co., Inc.
P. O. Box 5507
Derwood, MD 20855

Date(s) debt was incurred **2022**

Last 4 digits of account number **4892**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

**$1,809.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**
Sam Rust Seafood, Inc.
620 Regional Drive
Hampton, VA 23661

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **2642**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No   ☐ Yes

**$4,257.00**

---

| Debtor | **Champion Brewing Company** | Case number (if known) | |
| | Name | | |

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,949.00** |

**Sequoia Insurance**
**8948 Canyon Falls Blvd.**
**Ste# 200**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Insurance__

**Last 4 digits of account number** __2906__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |

**Servpro of Charlottesville**
**P. O. Box 7283**
**Charlottesville, VA 22906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __0523__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,230.00** |

**SKA Fabrication**
**Attn: Bradley T. Frazier, Esq.**
**P.O.Box 163**
**Rico, CO 81332**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,896.00** |

**Skyline Tent**
**1327 Carlton Ave**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022-2023__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __0422__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,318.00** |

**Southeast Industrial Equipment**
**P. O. Box 63230**
**Charlotte, NC 28263-3230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __4825__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,781.00** |

**Square Peg Project Management**
**809 Bolling Ave**
**Unit C**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __4015__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,328.00** |

**Standard Produce Co.**
**140 Garrett St.**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021-2022__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __3296__

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,518.00** |

**Sysco**
**P. O. Box 20020**
**Harrisonburg, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022-2023__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __0253__

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Champion Brewing Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

**T & N Printing**
**205 12th St. NE**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-2022**

Basis for the claim: **Professional Service**

Last 4 digits of account number **3995**

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,432.00**

**Toast Capital Web Bank**
**401 Park Drive**
**Boston, MA 02215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$529,400.00**

**U. S. Small Business Administration**
**400 N. 8th Street**
**Ste# 1150**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Loan**

Last 4 digits of account number **3178**

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$401.00**

**Uline**
**P. O. Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Trade debt**

Last 4 digits of account number **8278**

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,440.00**

**Valley Restaurant Repair, Inc.**
**1983 Jefferson Highway**
**Fishersville, VA 22939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **9108**

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,940.00**

**Vermont Information Processing**
**402 Watertower Circle**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **2051**

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,610.00**

**Veteran Draft Services, LLC**
**2931 Taylor Spring Lane**
**Harrisonburg, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **2299**

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,412.00**

**Videojet**
**1500 Mittel Blvd.**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **5265**

Is the claim subject to offset? ☒ No    ☐ Yes

---

| Debtor | **Champion Brewing Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,540.00** |
|---|---|---|---|

**Virginia Linen Service**
**702 B Railroad Ave**
**Bedford, VA 24523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Virginia Pacific Investments, LLC**
**Attn: Allan H. Cadgene, Esq.**
**2088 Union Street**
**Ste# 1**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,644.00** |
|---|---|---|---|

**W. A. Lynch Roofing Co., Inc.**
**1234 River Road**
**Charlottesville, VA 22901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **2069**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,100.00** |
|---|---|---|---|

**Wegmans Food Markets, Inc.**
**100 Wegmans Market Street**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,165.00** |
|---|---|---|---|

**West Rock**
**1000 Abernathy Road, NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Trade debt**

Last 4 digits of account number **3840**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83,300.00** |
|---|---|---|---|

**Wilson A. Richey**
**1883 Pine Cone Circle**
**Charlottesville, VA 22901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Wine & Beer Supply, LLC**
**12015 North Lakeridge Pkwy.**
**Ste# 100**
**Ashland, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Trade debt**

Last 4 digits of account number **3305**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Champion Brewing Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00**
WNRN
2250 Old Ivy Road
Ste# 2
Charlottesville, VA 22903-4820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1679**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,050.00**
Woodward Properties
224 14th Street N.W.
Charlottesville, VA 22903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,425.00**
Yakima Quality Hops
5201 W. Chestnut Ave
Yakima, WA 98908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,772.00**
YCH Hops
306 Division Street
Yakima, WA 98902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3588**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>2121 Airline Drive<br>Ste# 520<br>Metairie, LA 70002 | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Barr Credit Services**<br>3444 N. County Club Road<br>Ste# 200<br>Tucson, AZ 85716 | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CMI Legal**<br>P. O. Box 456<br>Upper Darby, PA 19082 | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Contact Callers**<br>P. O. Box 2207<br>Augusta, GA 30903-2207 | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Dunn-Corporation**<br>1660 Highway 301 South<br>Dunn, NC 28334 | Line **3.10**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Champion Brewing Company** | | Case number (if known) | |
| | Name | | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.6 | **McGuire Woods, LLP**<br>**323 Second St. SE**<br>**Ste#700**<br>**Charlottesville, VA 22902** | Line **3.72**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Receivables Control Corp.**<br>**7373 Kirkwood Court**<br>**Ste# 200**<br>**Maple Grove, MN 55369** | Line **3.18**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Scott Kroner PLC**<br>**418 E. Water Street**<br>**Charlottesville, VA 22902** | Line **3.21**<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | **The Leviton Law Firm**<br>**One Pierce Place**<br>**Ste# 725W**<br>**Itasca, IL 60143** | Line **3.2**<br><br>☐ Not listed. Explain ____ | __ |
| 4.10 | **U.S. Small Business Administration**<br>**409 Third Street, SW**<br>**Washington, DC 20024** | Line **3.19**<br><br>☐ Not listed. Explain ____ | __ |
| 4.11 | **U.S. Small Business Administration**<br>**409 Third Street, SW**<br>**Washington, DC 20024** | Line **3.66**<br><br>☐ Not listed. Explain ____ | __ |
| 4.12 | **Verliance**<br>**43525 Ridge Park Drive**<br>**Ste# 300**<br>**Temecula, CA 92590** | Line **3.17**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 157,335.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,844,757.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,002,092.00 |

**Fill in this information to identify the case:**

Debtor name __**Champion Brewing Company**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF VIRGINIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Champion Brewing Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Hunter Smith** | **738 Lexington Ave**<br>**Charlottesville, VA 22902** | **Standard Produce Co.** | ☐ D _____<br>☒ E/F __3.62__<br>☐ G _____ |
| 2.2 | **Hunter Smith** | **738 Lexington Ave**<br>**Charlottesville, VA 22902** | **Virginia Linen Service** | ☐ D _____<br>☒ E/F __3.72__<br>☐ G _____ |
| 2.3 | **Hunter Smith** | **738 Lexington Ave**<br>**Charlottesville, VA 22902** | **Cavalier Produce** | ☐ D _____<br>☒ E/F __3.21__<br>☐ G _____ |
| 2.4 | **Hunter Smith** | **738 Lexington Ave**<br>**Charlottesville, VA 22902** | **Virginia Pacific Investments, LLC** | ☐ D _____<br>☒ E/F __3.73__<br>☐ G _____ |
| 2.5 | **Hunter Smith** | **738 Lexington Ave**<br>**Charlottesville, VA 22902** | **J. R. Hadley** | ☐ D _____<br>☒ E/F __3.41__<br>☐ G _____ |
| 2.6 | **Hunter Smith** | **738 Lexington Ave**<br>**Charlottesville, VA 22902** | **SKA Fabrication** | ☐ D _____<br>☒ E/F __3.58__<br>☐ G _____ |

Debtor      **Champion Brewing Company**                              Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | **Hunter Smith** | 738 Lexington Ave<br>Charlottesville, VA 22902 | **Bluevine** | ☐ D _____<br>☒ E/F __3.16__<br>☐ G _____ |
| 2.8 | **Hunter Smith** | 738 Lexington Ave<br>Charlottesville, VA 22902 | **PBM Ice House** | ☐ D _____<br>☒ E/F __3.49__<br>☐ G _____ |
| 2.9 | **Hunter Smith** | 738 Lexington Ave<br>Charlottesville, VA 22902 | **Woodward Properties** | ☐ D _____<br>☒ E/F __3.80__<br>☐ G _____ |
| 2.10 | **Hunter Smith** | 738 Lexington Ave<br>Charlottesville, VA 22902 | **AMV Properties, LLC** | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.11 | **Hunter Smith** | 738 Lexington Ave<br>Charlottesville, VA 22902 | **Wilson A. Richey** | ☐ D _____<br>☒ E/F __3.77__<br>☐ G _____ |
| 2.12 | **Tony Smith** | 711 Evergreen Ave<br>Charlottesville, VA 22902 | **U. S. Small Business Administration** | ☐ D _____<br>☒ E/F __3.66__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Champion Brewing Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2024** to **Filing Date** | ☒ Operating a business<br><br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **01/01/2023** to **12/31/2023** | ☒ Operating a business<br><br>☐ Other _____ | **$701,534.00** |
| **For year before that:**<br>From **01/01/2022** to **12/31/2022** | ☒ Operating a business<br><br>☐ Other _____ | **$1,917,045.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Champion Brewing Company** | | Case number *(if known)* | |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **First Citizens Bank** | 12/23 | $45,820.00 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **First Citizens had the 1st blanket lien on assets of Champion, and the landlord, Seminole Trail Properties, purchased all remaining equipment of Champion from First Citizens in the above amount** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Blue Ridge Bank v. Hunter Smith, Anthony Smith and Champion Brewery** | **breach of contract** | **Page County Circuit Court** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Debtor   **Champion Brewing Company**      Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Virginia Pacific Investments v. Champion Hospitality Group, 422 Chance LLC and Hunter Smith** | **breach of lease** | **Charlottesville Circuit Court** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. **Cavalier Produce v. Champion Brewery and Hunter Smith** | **breach of contract** | **Charlottesville Circuit Court** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. **Virginia Linen v. Champion Brewing, Paper Canoe LLC, 422 Chance LLC and Hunter Smith** | **breach of contract** | **Charlottesville Circuit Court** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Chris Long Foundation** | **paid by Champion Grill to local charity that supports clean water in East Africa** | **5/23** | **$2,750.00** |
| Recipients relationship to debtor | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **employees of Paper Canoe LLC took the last of the liquor from the restaurant** | **none** | **6/23** | **$1,000.00** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    **Champion Brewing Company** _____     Case number *(if known)* _____

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Robert Stevens** | | **1/24** | **$3,162.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **610 Cami Lane Charlottesville, VA 22902** | **2013-11/21** |
| 14.2. | **1180 Seminole Trail Charlottesville, VA 22901** | **12/21-12/22** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Champion Brewing Company**                                   Case number *(if known)*

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank** | **XXXX-** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/23 - accounts for Champion Brewing, 422 Chance and Paper Canoe** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Kathy's Produce<br>221 Carlton Avenue<br>Charlottesville, VA 22902** | **Hunter Smith and Jason Okusa** | **kegs, cans and other food products** | ☐ No<br>☒ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Part 12: | Details About Environment Information |
|---|---|

| Debtor | Champion Brewing Company | Case number *(if known)* | |
|---|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  Paper Canoe LLC<br>111 East Main Street<br>Charlottesville, VA 22902 | **Brasserie restaurant** | EIN:      81-4013969<br><br>From-To   2016-2023 |
| 25.2.  422 Champs LLC<br>422 East Main Street<br>Charlottesville, VA 22902 | **Passiflora restaurant** | EIN:      85-1486479<br><br>From-To   2019-2020 |
| 25.3.  Grill and Chill LLC<br>2075 Bond Street, Suite 180<br>Charlottesville, VA 22901 | **Champion Grill** | EIN:      84-2587456<br><br>From-To   2019-2022 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Champion Brewing Company**                                Case number *(if known)*

---

| 25.4. | **Champion Brewing Company of Lynchburg LL** 1021 Main Street Lynchburg, VA 24504 | **Champion Brewing Lynchburg restaurant** | **EIN:** | **84-4770493** |
|---|---|---|---|---|
| | | | **From-To** | **2020-2022** |

---

| 25.5. | **Reasonable LLC** 1180 Seminole Trail, Suite 290 Charlottesville, VA 22901 | **Reason Beer restaurant** | **EIN:** | **37-4230165** |
|---|---|---|---|---|
| | | | **From-To** | **2017-2022** |

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Equity Financial Services** **0 Court Square** **Charlottesville, VA 22902** | **2017-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Hunter Smith** **738 Lexington Avenue** **Charlottesville, VA 22902** | |
| 26c.2. **Jonathan Cross** **477 Madison Avenue, 6th Floor** **New York, NY 10022** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

Debtor   **Champion Brewing Company**                          Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jason Okusa** | **2/23** | **$20K** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Hunter Smith** <br> **738 Lexington Avenue** <br> **Charlottesville, VA 22902** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Hunter Smith** | **738 Lexington Avenue** <br> **Charlottesville, VA 22902** | **CEO with 33% ownership interest in Champion Brewing** | **12/12-7/23** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Anthony Smith** | **234 Vineyard Lane** <br> **Afton, VA 22920** | **33% interest via CBC Founders in Champion Brewing** | **12/12-7/23** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Anthony Smith** | **234 Vineyard Lane** <br> **Afton, VA 22920** | **general member with 12.5% ownership interest in Champion Brewing** | **12/12-7/23** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **360 Ventures LLC** | **360 Laurel Lane** <br> **Lovingston, VA 22949** | **11.64% interest in Champion Brewing - owner Shahir Kassam-Adams** | **12/19-7/23** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Thomas Dukes, Jr.** | **1000 Monticello Road** <br> **Charlottesville, VA 22902** | **director with 3.2% interest** | **12/19-7/23** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Peter Fenlon** | **804 Elliott Avenue** <br> **Charlottesville, VA 22902** | **former director at 4.3% interest** | **2020-12/22** |

Debtor    **Champion Brewing Company** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Hosea Mitchell** | **1000 Monticello Road Charlottesville, VA 22902** | **director with 1.8% interest** | **2020-12/22** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jonathan Chasen** | **2073 Afton Drive Charlottesville, VA 22911** | **member with 1.3% interest** | **2019-12/22** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Greg Bartleski** | **1100 Altivista Avenue Charlottesville, VA 22902** | **member with .67% interest** | **2019-12/22** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Otavio Friere** | **2585 Montgomery Ridge Road Charlottesville, VA 22911** | **member with .44% interest** | **2020-12/22** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Benjamin Feiner** | **2745 Leeds Lane Charlottesville, VA 22903** | **member with 1.1% interest** | **2019-12/22** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Thomas Donne** | **730 Park Street Charlottesville, VA 22902** | **member with .22% interest** | **2019-12/22** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Lori Murray** | **87 Ridgeview Road Brightwood, VA 22715** | **member with .22% interest** | **2019-12/22** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Lory Stolzenberg** | **107 West Water Street, #12 Charlottesville, VA 22902** | **member with .21% interest** | **2021-12/22** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Danielle Smith** | **738 Lexington Avenue Charlottesville, VA 22902** | **member at .22% interest** | **2012-12/23** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Reasonable LLC** | **1180 Seminole Trail, Suite 290 Charlottesville, VA 22901** | **member with 15% interest - owned by Jeffrey Raileanu, Mark Fulton and Patrick Adair** | **2022** |

Debtor    __Champion Brewing Company_____    Case number *(if known)*    _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **BCS Holdings LLC** | **1 East Beverly Street Staunton, VA 24401** | **member with 3.7% interest - owned by Seth Liskey, Benjamin Carr and Chip & Jennifer Clarke** | **12/21-12/22** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Hunter Smith** | **paid back wages in the amount of $50,000** | **4/23** | |
| | **Relationship to debtor** **owner and CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 29, 2024_____

__/s/  Hunter   William Smith_____    __Hunter   William Smith_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Owner**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Virginia

In re  **Champion Brewing Company**                                          Case No. _____
                                              Debtor(s)                       Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................................  $ _____**3,162.00**

    Prior to the filing of this statement I have received .......................................  $ _____**3,162.00**

    Balance Due .................................................................................................  $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 29, 2024**                              **/s/ Robert Stevens**
_Date_                                            **Robert Stevens**
                                                  _Signature of Attorney_
                                                  **Stevens Law Firm**
                                                  **501 Grove Ave**
                                                  **Charlottesville, VA 22901**
                                                  **(434) 973-5012   Fax:**
                                                  **bob@scslawfirm.com**
                                                  _Name of law firm_

---

# United States Bankruptcy Court
## Western District of Virginia

In re   **Champion Brewing Company**                        Case No.

                                      Debtor(s)         Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    **January 29, 2024**                 **/s/  Hunter  William Smith**

                                                **Hunter  William Smith**/**Owner**
                                                    Signer/Title

360 Ventures, LLC
Attn: Shahir Kassam-Adams
360 Laurel Lane
Lovingston, VA 22949


ADP Payroll
400 Covina Blvd.
San Dimas, CA 91773


ADT Security Services
1501 Yamato Road
Boca Raton, FL 33431


Albemarle County Service Authority
168 Spotnap Road
Charlottesville, VA 22911


Albemarle Heating and Air
102 Keystone Place
Charlottesville, VA 22902


Altus Receivables Management
2121 Airline Drive Ste# 520
Metairie, LA 70002


American Pest
11820 W. Market Place
Fulton, MD 20759


AMV Properties, LLC
234 Vineyard Lane
Afton, VA 22920


Anthem Blue Cross Blue Shield
P. O. Box 27401
Richmond, VA 23279-7401


Anthony Smith
234 Vineyard Lane
Afton, VA 22920


Arc3 Gases, Inc.
P. O. Box 896866
Charlotte, NC 28289-6866


Atlantic Union Bank
1051 E. Cary Street
Richmond, VA 23219-4044


Auto-Chlor System
6301 Stevenson Ave Ste# 1
Alexandria, VA 22304


Barr Credit Services
3444 N. County Club Road Ste# 200
Tucson, AZ 85716

Beverage Equipment Traders
1520 E. Barham Drive
San Marcos, CA 92078


Blue Label Packaging
3750 Lancaster New Lexington Road, S.E.
Lancaster, OH 43130


Blue Ridge Graphics
550 Meade Ave
Charlottesville, VA 22902


Bluevine
377 W. Louise Ave
Manteca, CA 95336


Brethren Mutual Insurance
149 N. Edgewood Drive
Hagerstown, MD 21740


Brewers Supply Group
715  First Ave West
Shakopee, MN 55379


Capital One
P.O.Box 71087
Charlotte, NC 28272-1087


Carta, Inc.
333 Bush Street
San Francisco, CA 94104


Cavalier Produce
170 Ferncliff Drive
Louisa, VA 23093


CBC Lender, LLC
Attn: Tony Smith
711 Evergreen Ave
Charlottesville, VA 22902


Chase Ultimate Rewards
P. O. Box 1423
Charlotte, NC 28201-1423


Chem Station Virginia, LLC
P. O. Box 933021
Cleveland, OH 44193


City of Charlottesville
P. O. Box 2964
Charlottesville, VA 22902


CLC Royalty Operations
1075 Peachtreet Street Ste#300
Atlanta, GA 30309

CMI Legal
P. O. Box 456
Upper Darby, PA 19082


Contact Callers
P. O. Box 2207
Augusta, GA 30903-2207


Crest Food Service Equipment
P. O. Box 3367
Virginia Beach, VA 23454


Davis Wright Tremaine
1300 SW Fifth Street Ste#2400
Portland, OR 97201


Dominion Energy Virginia
600 E. Canal Street
Richmond, VA 23219-3852


Dunn-Corporation
1660 Highway 301 South
Dunn, NC 28334


EFS Tax Prep
P. O. Box 41
Charlottesville, VA 22902


Ekos Software
2520 N. Brevard St. Ste# 200
Charlotte, NC 28205


Foods for Thought, Inc.
2646 Paynes Mill Road
Troy, VA 22974


Hantzmon Wiebel, LLP
P. O. Box 1408
Charlottesville, VA 22902


Hershey Equipment Company
255 Plane Tree Drive
Lancaster, PA 17603


Hoodz
19478 Brandy Road
Brandy Station, VA 22714


HopUnion
203 Division Street
Yakima, WA 98902


Hunter Smith
738 Lexington Ave
Charlottesville, VA 22902

In Touch Labels & Packaging
30 Payton Street
Lowell, MA 01852


Independent Brewers Alliance
P. O. Box 454
Rumson, NJ 07760


Ingersoll Rand, Inc.
402 Edwardia Drive
Greensboro, NC 27409


Iron Heart Canning Co.
P. O. Box 986500
Boston, MA 02298


J. R. Hadley
214 Harvest Drive
Charlottesville, VA 22903


Jasper Yeast
23600 Overland Drive Ste# 150
Sterling, VA 20166


Little Concrete Services
6005 Union Mills Road
Troy, VA 22974


Logistic Dynamics
P. O. Box 975297
Detroit, MI 48267-5297


McGuire Woods, LLP
323 Second St. SE Ste#700
Charlottesville, VA 22902


MicroStar Keg Managment
P. O. Box 912392
Denver, CO 80291-2857


Niagara Label
12715 Lewis Road
Akron, NY 14001


O'Connor Property Management LLC
OCT Stonefield Property Owner #1
240 Royal Palm Way Ste# 200
Palm Beach, FL 33480


Orchestra Software
420 Linden St. Ste# 200
Fort Collins, CO 80524

PBM Ice House
c/o Tiger Lily Capital LLC
200 Garrett St., Ste O
Charlottesville, VA 22902


Peter C. Fenlon, Jr.
804 Elliott Ave
Charlottesville, VA 22902


Piedmont Facilities Management
2811 Hydraulic Rd.
Charlottesville, VA 22901


ProLift Garage Doors
126 Garrett St. Ste J
Charlottesville, VA 22902


Receivables Control Corp.
7373 Kirkwood Court Ste# 200
Maple Grove, MN 55369


Reliant Fish Company
7701 Assateague Drive
Jessup, MD 20794


Roberts Oxygen Co., Inc.
P. O. Box 5507
Derwood, MD 20855


Sam Rust Seafood, Inc.
620 Regional Drive
Hampton, VA 23661


Scott Kroner PLC
418 E. Water Street
Charlottesville, VA 22902


Sequoia Insurance
8948 Canyon Falls Blvd. Ste# 200
Twinsburg, OH 44087


Servpro of Charlottesville
P. O. Box 7283
Charlottesville, VA 22906


SKA Fabrication
Attn: Bradley T. Frazier, Esq.
P.O.Box 163
Rico, CO 81332


Skyline Tent
1327 Carlton Ave
Charlottesville, VA 22902

Southeast Industrical Equipment
P. O. Box 63230
Charlotte, NC 28263-3230

Square Peg Project Management
809 Bolling Ave Unit C
Charlottesville, VA 22902

Standard Produce Co.
140 Garrett St.
Charlottesville, VA 22902

Sysco
P. O. Box 20020
Harrisonburg, VA 22801

T & N Printing
205 12th St. NE
Charlottesville, VA 22902

The Leviton Law Firm
One Pierce Place Ste# 725W
Itasca, IL 60143

Toast Capital Web Bank
401 Park Drive
Boston, MA 02215

Tony Smith
711 Evergreen Ave
Charlottesville, VA 22902

U. S. Small Business Administration
400 N. 8th Street Ste# 1150
Richmond, VA 23219

U.S. Small Business Administration
409 Third Street, SW
Washington, DC 20024

Uline
P. O. Box 88741
Chicago, IL 60680-1741

Valley Restaurant Repair, Inc.
1983 Jefferson Highway
Fishersville, VA 22939

Verliance
43525 Ridge Park Drive Ste# 300
Temecula, CA 92590

Vermont Information Processing
402 Watertower Circle
Colchester, VT 05446

Veteran Draft Services, LLC
2931 Taylor Spring Lane
Harrisonburg, VA 22801


Videojet
1500 Mittel Blvd.
Wood Dale, IL 60191


Virginia Employment Commission
P. O. Box 27592
Richmond, VA 23261-7592


Virginia Linen Service
702 B Railroad Ave
Bedford, VA 24523


Virginia Pacific Investments, LLC
Attn: Allan H. Cadgene, Esq.
2088 Union Street Ste# 1
San Francisco, CA 94123


W. A. Lynch Roofing Co., Inc.
1234 River Road
Charlottesville, VA 22901


Wegmans Food Markets, Inc.
100 Wegmans Market Street
Rochester, NY 14624


West Rock
1000 Abernathy Road, NE
Atlanta, GA 30328


Wilson A. Richey
1883 Pine Cone Circle
Charlottesville, VA 22901


Wine & Beer Supply, LLC
12015 North Lakeridge Pkwy. Ste# 100
Ashland, VA 23005


WNRN
2250 Old Ivy Road Ste# 2
Charlottesville, VA 22903-4820


Woodward Properties
224 14th Street N.W.
Charlottesville, VA 22903


Yakima Quality Hops
5201 W. Chestnut Ave
Yakima, WA 98908


YCH Hops
306 Division Street
Yakima, WA 98902

# United States Bankruptcy Court
## Western District of Virginia

In re   **Champion Brewing Company**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Champion Brewing Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**January 29, 2024**

Date

**/s/ Robert Stevens**

**Robert Stevens**

Signature of Attorney or Litigant

Counsel for   **Champion Brewing Company**

**Stevens Law Firm**

**501 Grove Ave**
**Charlottesville, VA 22901**
**(434) 973-5012  Fax:**
**bob@scslawfirm.com**